UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIS BUSSELL,

        Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,

        Defendant.

        Case No. 1:11-cv-281

        Hon. Robert J. Jonker

/

## Notice of Settlement

The parties have agreed to settle this lawsuit with prejudice. The parties intend to file a Stipulation of Dismissal no later than May 16, 2011.

Dated: April 22, 2011

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com

Dated: April 22, 2011

/s/ James R. Bedell   *James R Bedell*
James R. Bedell (MN # 351544)
Moss & Barnett, P.A.
Attorney for Defendant
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 877-5000
Bedellj@moss-barnett.com

1782842v1