UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIS BUSSELL,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,

    Defendant.
_____/

Case No. 1:11-cv-281

Hon. Robert J. Jonker

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Chris Bussell, through her attorney of record, and defendant Central Credit Services, Inc., through its attorneys of record, being all of the parties who have appeared in this lawsuit, stipulate to the immediate dismissal of this lawsuit as to all parties, with prejudice and with each party to pay his/its own costs.

Dated: May 13, 2011

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com

Dated: May 13, 2011

/s/ James R. Bedell
James R. Bedell (MN # 351544)
Moss & Barnett, P.A.
Attorney for Defendant
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 877-5000
Bedellj@moss-barnett.com